Savi Grewal, Esq.
GREWAL & HAYDEN
1424 E. Sherman Avenue, Suite 400
Coeur d'Alene, Idaho 83814
Tel: (208)765-9404
Fax: (208)765-3094
E-mail: grewal@ghslawoffice.com

Attorney For Debtors,
Robert & Sherri Hobart

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: ] | Case No. 10-21647 |
| ] | |
| ROBERT J. HOBART, AND ] | Chapter Number 13 |
| SHERRI LYNN HOBART, ] | |
| ] | |
| Debtors. ] | |
| _____] | |

### NOTICE OF INTENT TO WITHDRAW PLAN
### AND TO VACATE HEARING
(Re Confirmation of Chapter 13 Plan)
LR 2002.2(f)

COMES NOW THE UNDERSIGNED, attorney of record for debtors herein, who respectfully moves the court for an order vacating the hearing on confirmation of Debtors' Chapter 13 Plan filed December 14, 2010 and currently set for the 1st day of March, 2011, at the hour of 1:30 p.m. Pacific Time in Coeur d'Alene, for the reason that debtors will not pursue the Chapter 13 Plan and will file a First Amended Plan no later than 30 days from this date..  A First Amended Plan is necessary because of the need to provide for Les Schwab's security interest in the Plan and to address the various cross collateralization claims of Oregon Community Credit Union.     The undersigned

*NOTICE OF INTENT TO WITHDRAW PLAN AND TO VACATE HEARING (Re Confirmation of Ch 13 Plan)*                     Page 1

further requests waiver of the affidavit requirement of Local Rule 2002.2(f)(4).

DATED this 24th day of February, 2011.

GREWAL & HAYDEN

_____
BY: /s/ Savi Grewal,
Attorney for Debtors

## CERTIFICATE OF MAILING

I hereby certify that on February 24, 2011, I electronically filed the "Notice of Intent to Withdraw Plan and to Vacate Hearing" with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

C. Barry Zimmerman, chapter13trustee@icehouse.net
bzimmerman@ecf.epiqsystems.com
coeurecf@ramapo.com

US Trustee, ustp.region18.bs.ecf@usdoj.gov

Lindsey Renee Simon on behalf of Creditor, Oregon Community Credit Union,
lsimon@lukins.com
agibson@lukins.com

Richard Wayne Sweney on behalf of Creditor, Oregon Community Credit Union,
rws@lukins.com

And I hereby certify that I have mailed by United States Postal Service, the foregoing documents, to the following non-CM/ECF Registered Participants:

Robert & Sherri Hobart
15335 N. Atlas Road
Rathdrum, Idaho 83848

/s/_____
Savi Grewal